UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:25-cv-20397-WPD

**VICTOR ARIZA**,

       Plaintiff,

vs.

**BEST BUY CO. OF MINNESOTA, INC.,
d/b/a BEST BUY, a foreign for-profit
corporation**,

       Defendant.

_____/

## NOTICE OF SETTLEMENT

Plaintiff, through undersigned counsel, hereby gives notice that the parties have reached a settlement in this case.  Accordingly, Plaintiff respectfully requests that the Court stay the case for thirty (30) days to allow the parties to finalize and execute their settlement agreement and to file the appropriate dismissal document dismissing the case with prejudice.

       Dated:  March 13, 2025.

| | |
|---|---|
| **RODERICK V. HANNAH, ESQ., P.A.** | **LAW OFFICE OF PELAYO** |
| Counsel for Plaintiff | **DURAN, P.A.** |
| 4800 North Hiatus Road | Co-Counsel for Plaintiff |
| Sunrise, FL  33351-7919 | 6355 N.W. 36th Street, Suite 307 |
| T. 954/362-3800 | Virginia Gardens, FL 33166 |
| 954/362-3779 (Facsimile) | T. 305/266-9780 |
| Email:  rhannah@rhannahlaw.com | 305/269-8311 (Facsimile) |
| | Email: duranandassociates@gmail.com |

By___*s/ Roderick V. Hannah*_____      By ___*s/ Pelayo M. Duran*_____
     RODERICK V. HANNAH            PELAYO M. DURAN
     Fla. Bar No. 435384              Fla. Bar No. 0146595